**Service of Process**
5:24-cr-40037-TC-RES
*SEALED* USA v. SEALED

SEALED



U.S. District Court

DISTRICT OF KANSAS

**Notice of Electronic Filing**

The following transaction was entered on 7/17/2024 at 3:54 PM CDT and filed on 7/17/2024
Case Name:        USA v. SEALED
Case Number:      5:24-cr-40037-TC-RES *SEALED*
Filer:
Document Number: No document attached

Docket Text:
**Arrest WARRANT ISSUED by deputy clerk as to Mehailjah Daniels. (mls)**

No public notice (electronic or otherwise) sent because the entry is private

Indictment, Information, Complaint
5:24-cr-40037-TC-RES
*SEALED* USA v. SEALED

SEALED



U.S. District Court

DISTRICT OF KANSAS

Notice of Electronic Filing

The following transaction was entered on 7/17/2024 at 3:50 PM CDT and filed on 7/17/2024
Case Name: USA v. SEALED
Case Number: [5:24-cr-40037-TC-RES *SEALED*](#)
Filer:
Document Number: 1

Docket Text:
**SEALED INDICTMENT filed as to Mehailjah Daniels on counts 1 and 2. (mls)**

5:24-cr-40037-TC-RES *SEALED*-1 **No electronic public notice will be sent because the case/entry is sealed.**

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1028492125 [Date=7/17/2024] [FileNumber=6139796-0
] [b1cabd4eed9fd81ad7ea75ff4100d64532ab24a3020252ed5728679ab630c4aa68f
34bcd66a885dd94a97a5bc3ce064aa063b37d15d5739c359acb5a6cbaddf1]]