## UNITED STATES DISTRICT COURT
### District of Kansas
(Topeka Docket)



UNITED STATES OF AMERICA,

      Plaintiff,

v.                            CASE NO. 24-40037-TC-RES

MEHAILJAH DANIELS (AKA GAINES),

      Defendant.

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**DOMESTIC VIOLENCE**
**[18 U.S.C. § 2261(a)(1)]**

On or about January 1, 2024, in the District of Kansas, upon and within the Fort Riley Military Installation, and thus in the special territorial jurisdiction of the United States as defined in 18 U.S.C. § 7(3), the defendant,

**MEHAILJAH DANIELS (AKA GAINES)**

did knowingly, willfully, intentionally, with the intent to injure, harass, or intimidate a

1

spouse, to wit: D.D., commit a crime of violence against that spouse, such as assault with a dangerous weapon.

All in violation of Title 18, United States Code, § 2261(a)(1).

## COUNT 2

### ASSAULT WITH A DANGEROUS WEAPON
### [18 U.S.C. § 113(a)(3)]

On or about January 1, 2024, in the District of Kansas, upon and within the Fort Riley Military Installation, and thus in the special territorial jurisdiction of the United States as defined in 18 U.S.C. § 7(3), the defendant,

### MEHAILJAH DANIELS (AKA GAINES)

did knowingly, willfully, and intentionally commit the offense of assault with a dangerous weapon with the intent to do bodily harm to another, to wit: D.D., and that the defendant did so without just cause or excuse.

All in violation of Title 18, United States Code, § 113 (a)(3).

2

A TRUE BILL.

7/17 /2024
DATE

s/Foreperson
FOREPERSON OF THE GRAND JURY

KATE E. BRUBACHER
UNITED STATES ATTORNEY

By: /s/ Robin A. Graham
ROBIN A. GRAHAM
Special Assistant United States Attorney
District of Kansas
216 Custer Avenue
Fort Riley, Kansas  66442
Ph: (785) 239-6392
Email: robin.a.graham2.civ@army.mil
Ks. S. Ct. No. 19249


/s/ Sara Walton
SARA WALTON
Assistant United States Attorney
District of Kansas
444 Quincy St., Suite 290
Topeka, Kansas  66683
Ph: (785) 295-2850
Fax: (785) 295-2853
Email: sara.walton@usdoj.gov
Ks. S. Ct. No. 24106

IT IS REQUESTED THAT THE TRIAL BE HELD IN TOPEKA, KANSAS

## PENALTIES

### Count 1 [Domestic Violence] [18 U.S.C. § 2261(a)(1)]

- A term of imprisonment not to exceed ten (10) years. 18 U.S.C. § 2261(b)(3).

- A fine not to exceed $250,000.00. 18 U.S.C. § 3571(b)(3).

- Or Both.

- A term of supervised release not to exceed three (3) years. 18 U.S.C. § 3583(b)(2).

- A mandatory special assessment of $100.00 per count of conviction. 18 U.S.C. § 3013(a)(2)(A).

### Count 2 [Assault with a Dangerous Weapon] [18 U.S.C. § 113(a)(3)]

- A term of imprisonment not to exceed ten (10) years. 18 U.S.C. § 113(a)(3).

- A fine not to exceed $250,000.00. 18 U.S.C. § 3571(b)(3).

- Or Both.

- A term of supervised release not to exceed three (3) years. 18 U.S.C. § 3583(b)(2).

- A mandatory special assessment of $100.00 per count of conviction. 18 U.S.C. § 3013(a)(2)(A).